```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ELANA S. LANDAU
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
```





SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.NO. 1:08CR 00233 LJO |
| Plaintiff, | ) | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | ) | |
| ELIO MORENO, | ) | |
| Defendant. | ) | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 17, 2008, charging the above defendant with a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) - Possession with Intent to Distribute Methamphetamine and Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)- Manufacture Methamphetamine, be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the

Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: July 17, 2008                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        By /s/ Elana Landau
                                        ELANA S. LANDAU
                                        Assistant U.S. Attorney

ORDERED as prayed this 17TH day of July, 2008

                                        _____
                                        U.S. Magistrate Judge