McGREGOR W. SCOTT
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

JUL 2 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:08-CR-00233 LJO |
| ) | |
| Plaintiff, ) | MOTION TO UNSEAL INDICTMENT; |
| ) | [PROPOSED] ORDER |
| v. ) | |
| ) | |
| ELIO MORENO, ) | |
| ) | |
| Defendant. ) | |

The Indictment in this case, having been sealed by Order of this Court, appears that it no longer need remain secret.

The United States of America, by and through McGregor W. Scott, United States Attorney, and Elana S. Landau, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: July 28, 2008

*/s/ Elana S. Landau*
ELANA S. LANDAU
Assistant U. S. Attorney

IT IS SO ORDERED.

DATED: July 29, 2008

*/s/*
United States Magistrate Judge

1