PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIO MORENO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:08-cr-00233-LJO |
| Plaintiff, ) | |
| vs. ) | SECOND AMENDED STIPULATION AND ORDER VACATING DATE, AND CONTINUING CASE |
| ELIO MORENO, ) | Date: May 22, 2009 |
| Defendant. ) | Time: 9:00a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the Sentencing hearing currently scheduled for Friday, May 22, 2009, at 9:00 a.m., should be vacated and this matter should be continued until Friday, July 17, 2009, at 9:00 a.m.

Additional time is needed for completion of investigation. Mr. Moreno was scheduled to be interviewed for a Safety Valve interview, all parties were present, but unfortunately the interpreter canceled therefore, having to reset the date. Presently, we are working on coordinating a new interview date with all parties.

///

///

1

Accordingly, the defendant and the United States agree and stipulate that the Sentencing date currently scheduled should be vacated and a date set for 9:00 a.m. on Friday, July 17, 2009.

**IT IS SO STIPULATED**

Dated: May 20, 2009 /s/ Preciliano Martinez
PRECILIANO MARTINEZ
Attorney for Defendant
ELIO MORENO


Dated: May 20, 2009 /s/Kevin Rooney
Kevin Rooney
Assistant United States Attorney
Attorney for Plaintiff


**ORDER**

**IT IS SO ORDERED.**


Dated: May 20, 2009 _/s/ Lawrence J. O'Neill_____
LAWRENCE J. O'NEILL
United States District Judge