PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIO MORENO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                      )<br>                    Plaintiff,              )<br>                                                      )<br>         vs.                                     )<br>                                                      )<br>                                                      )<br> ELIO MORENO,                          )<br>                                                      )<br>                   Defendant.           )<br>_____) | CASE NO. 1:08-cr-00233-LJO<br><br>STIPULATION AND ORDER VACATING DATE, AND CONTINUING CASE<br><br>Date:   July 17, 2009<br>Time:   9:00a.m.<br>Judge:  Hon. Lawrence J. O'Neill |

      The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the Sentencing hearing currently scheduled for Friday, July 17, 2009, at 9:00 a.m., should be vacated and this matter should be continued until Friday, September 25, 2009, at 9:00 a.m.

      Additional time is needed for completion of investigation. I had been out of town (Ohio) on a federal matter (USA v. Melina Madrigal, Case #08-cr-00004-WHR) and shortly after my return was informed of a death in my immediate family for which I will be traveling out of town to attend the funeral. As the court was previously advised, Mr. Moreno was scheduled to be interviewed for a Safety Valve interview in which all parties were present, but unfortunately the

interpreter canceled therefore, having to reset the date.  We are currently diligently working on coordinating a new interview date with all parties.

Accordingly, the defendant and the United States agree and stipulate that the Sentencing date currently scheduled for Friday, July 17, 2009 at 9:00 a.m. should be vacated, and continued for 9:00 a.m. on Friday, September 25, 2009.

**IT IS SO STIPULATED**

Dated: July 13, 2009                               /s/ Preciliano Martinez
                                                   PRECILIANO MARTINEZ
                                                   Attorney for Defendant
                                                   ELIO MORENO


Dated: July 13, 2009                               /s/Kevin Rooney
                                                   Kevin Rooney
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff


## ORDER

**The Court finds that good cause exists to continue the matter, HOWEVER, the matter can not be continued for more than two months as requested.  The space in the Fresno County jail cannot tolerate such a delay in sentencing.  The Court continues this out two weeks to July 31, 2009 at 9:00am.**

**IT IS SO ORDERED.**

Dated: _July 13, 2009                              _/s/ Lawrence J. O'Neill____
                                                   LAWRENCE J. O'NEILL
                                                   United States District Judge