PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIO MORENO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ) CASE NO. 1:08-cr-00233-LJO |
| Plaintiff, ) | ) |
| ) | STIPULATION AND ORDER VACATING |
| vs. ) | DATE, AND CONTINUING CASE |
| ) | ) |
| ) | Date:   July 31, 2009 |
| ELIO MORENO, ) | Time:   9:00a.m. |
| ) | Judge:  Hon. Lawrence J. O'Neill |
| Defendant. ) | |

     The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the Sentencing hearing currently scheduled for Friday, July 31, 2009, at 9:00 a.m., should be vacated and this matter should be continued until Friday, August 21, 2009, at 9:00 a.m.

     Additional time is needed for completion of investigation.  Mr. Moreno was scheduled to be interviewed for a Safety Valve interview, unfortunately the agents were called on special assignment, thus having to reset the date.  Presently, we are working on coordinating a new interview date with all parties.

///

///

Accordingly, the defendant and the United States agree and stipulate that the Sentencing date currently scheduled should be vacated and a date set for 9:00 a.m. on Friday, August 21, 2009.

**IT IS SO STIPULATED**

Dated: July 23, 2009               /s/ Preciliano Martinez
                                   PRECILIANO MARTINEZ
                                   Attorney for Defendant
                                   ELIO MORENO


Dated: July 23, 2009               /s/Kevin Rooney
                                   Kevin Rooney
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


                        **ORDER**

**IT IS SO ORDERED.**


Dated: _July 23, 2009              _/s/ Lawrence J. O'Neill_____
                                   LAWRENCE J. O'NEILL
                                   United States District Judge